IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
00 AUG 17 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
AUG 17 2000

| | |
|---|---|
| DONOVAN A. MUSCHETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 97-H-1499-E |
| ) | |
| ASSISTANT WARDEN MEEKS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 25, 2000, recommending that the sole claim remaining in this action -- the denial of equal protection claim against Associate Warden Meeks -- be dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). The plaintiff filed objections to the report and recommendation on August 10, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed without prejudice due to plaintiff's

25

failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

DATED this __17th__ day of __AUGUST__, 2000.

_____
JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE